No. 90–97. AMERICAN HOSPITAL ASSN. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 894.] Motion of the Solicitor General for divided argument denied.

No. 90–350. FARREY, FKA SANDERFOOT *v.* SANDERFOOT. C. A. 7th Cir. [Certiorari granted, *ante*, p. 980.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 90–408. COUNTY OF YAKIMA ET AL. *v.* CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION. C. A. 9th Cir.;
No. 90–577. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION *v.* COUNTY OF YAKIMA ET AL. C. A. 9th Cir.;
No. 90–711. PRESLEY *v.* ETOWAH COUNTY COMMISSION ET AL. Appeal from D. C. M. D. Ala.;
No. 90–712. MACK ET AL. *v.* RUSSELL COUNTY COMMISSION ET AL. Appeal from D. C. M. D. Ala.;
No. 90–749. SOUTH DAKOTA ET AL. *v.* ROSEBUD SIOUX TRIBE ET AL. C. A. 8th Cir.; and
No. 90–871. CONNECTICUT ET AL. *v.* MASHANTUCKET PEQUOT TRIBE. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 90–673. BASS ET AL. *v.* SOUTH CAROLINA ET AL. Sup. Ct. S. C. Motion of Wisconsin State Federation of Chapters of the National Association of Retired Federal Employees for leave to file a brief as *amicus curiae* granted.

No. 90–5193. MU'MIN *v.* VIRGINIA. Sup. Ct. Va. [Certiorari granted, *ante*, p. 894.] Motion of National Jury Project for leave to file a brief as *amicus curiae* granted.

No. 90–6253. IN RE EASTLAND ET UX. Petition for writ of habeas corpus denied.

No. 90–5974. IN RE CROUCH;
No. 90–6057. IN RE SMITH;
No. 90–6110. IN RE SEITU; and
No. 90–6160. IN RE MILLER. Petitions for writs of mandamus denied.